

# NUMBER 13-06-167-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

COLUMBIA RIO GRANDE HEALTHCARE,
L.P. D/B/A RIO GRANDE REGIONAL
HOSPITAL,                                                    Appellant,

v.

AURORA PEDROZA GARCIA, ET AL.,                               Appellees.

On appeal from the 275th District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Columbia Rio Grande Healthcare, L.P., d/b/a Rio Grande Regional Hospital, and appellees, Aurora Pedroza Garcia, et al., have filed an agreed motion to reverse the trial court's judgment, remand the cause to the trial court in aid of settlement, and accelerate the mandate. The parties further ask that this Court tax the costs of appeal

or in the trial court against the party incurring same. According to the motion, the parties have agreed to a settlement of all controversies.

The Court, having considered the documents on file and the agreed motion to reverse and remand and accelerate the mandate, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion is GRANTED, and the trial court's judgment is REVERSED without regard to the merits and the cause is REMANDED to the trial court in aid of settlement.

We direct the Clerk of this Court to issue the mandate contemporaneously with this opinion. *See id.* 18.1(c) (modifying the time for issuance of mandate "if the parties so agree, or for good cause on the motion of a party."). Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 15th day of May, 2008.